# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CRISTOPHER JOSE DAVILA MOLINA,

Petitioner,

v.

MARK BOWEN, et al.,

Respondents.

Case No. 5:26-cv-03419-SPG-MBK

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. (ECF No. 16 ("Report"). Petitioner has submitted no objections to the Report. (ECF No. 18 ("Notice of No Objections")). The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered DENYING the Petition.

DATED: September 10, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE