JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTOPHER JOSE DAVILA MOLINA,<br>Petitioner,<br>v.<br>MARK BOWEN, et al.,<br>Respondents. | Case No. 5:26-cv-03419-SPG-MBK<br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is DENIED.

Dated: September 10, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE